PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

JUN 22 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                 DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-0101 MCE |
|---|---|
| Plaintiff, | 18 U.S.C. § 39A – Aiming a Laser Pointer at an Aircraft |
| v. | |
| MICHAEL RICHARD MAXWELL, | |
| Defendant. | |

## I N D I C T M E N T

The Grand Jury charges: T H A T

MICHAEL RICHARD MAXWELL,

defendant herein, on or about April 27, 2017, in the County of Solano, State and Eastern District of California, did knowingly aim the beam of a laser pointer at an aircraft, namely, Air 23, a California Highway Patrol aircraft, in the special aircraft jurisdiction of the United States, and at the flight path of said aircraft, in violation of Title 18, United States Code, Section 39A.

A TRUE BILL.

/s/ Signature on file w/AUSA
_____
FOREPERSON

[signature]
PHILLIP A. TALBERT
United States Attorney

INDICTMENT

No. _____

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
vs.

MICHAEL RICHARD MAXWELL

## I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 39A – Aiming a Laser Pointer at an Aircraft; 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461 – Criminal Forfeiture

*A true* bill,    **/s/ Signature on file w/AUSA**

*Foreman.*

*Filed in open court this* ____22____ *day*

*of* ___June___, *A.D. 20* _17_

_____
*Clerk.*

Summons to be served

*Bail, $* _____    an-Chu

GPO 863 525

AO 190 (Rev. 6/13)

## United States v. Michael Richard Maxwell
### Penalties for Indictment

COUNT:

VIOLATION:     18 U.S.C. § 39A – Aiming a Laser Pointer at an Aircraft

PENALTIES:     Up to 5 years in prison;
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to 3 years

SPECIAL ASSESSMENT: $100