HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI P. NEGIN, #250375
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MICHAEL RICHARD MAXWELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:17-cr-101 MCE |
|---|---|
| Plaintiff, | ) NOTICE OF EXCLUSION OF TIME; ORDER |
| v. | ) |
| MICHAEL RICHARD MAXWELL | ) |
| Defendant. | ) |

On the Court's own motion of July 21, 2017, the status conference scheduled for August 24, 2017 is vacated and continued to August 31, 2017 at 10:00 a.m.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including August 31, 2017, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: July 25, 2017                           Respectfully submitted,

                                               HEATHER E. WILLIAMS
                                               Federal Defender

                                               */s/ Lexi P. Negin*
                                               LEXI P. NEGIN
                                               Assistant Federal Defender
                                               Attorney for MICHAEL R. MAXWELL

1  DATED: July 25, 2017                    PHILLIP A. TALBERT
                                            United States Attorney
2

3                                           */s/ Heiko Coppola*
                                            HEIKO COPPOLA
4                                           Assistant U.S. Attorney
                                            Attorney for Plaintiff
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Exclusion of Time            -2-

**ORDER**

The Court orders the time from the date of the parties stipulation, up to and including 8/31/2017, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), 18 U.S.C. §3161(7)(A) and Local Code T4. The Court also finds that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  July 26, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE