HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI P. NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Lexi_Negin@fd.org

Attorney for Defendant
MICHAEL RICHARD MAXWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-101 MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| MICHAEL RICHARD MAXWELL, | DATE: March 22, 2018<br>TIME 10:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr |
| Defendant. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney through Heiko P. Coppola, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Lexi P. Negin, attorneys for Michael Richard Maxwell, that the status conference scheduled for March 22, 2018 be vacated and be continued to May 17, 2018 at 10:00 a.m.

Discovery has been either produced directly to counsel and/or made available for inspection and copying. Counsel for defendant desires additional time to consult with her client, to review the current charges, to conduct investigation and research related to the charges, to engage services from outside experts, to discuss potential resolutions with her client, and to otherwise prepare for trial.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including May 17, 2018, pursuant to 18 U.S.C.

§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: March 15, 2018  Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ Lexi P. Negin
LEXI P. NEGIN
Assistant Federal Defender
Attorney for MICHAEL RICHARD MAXWELL

DATED: March 15, 2018  MCGREGOR W. SCOTT
United States Attorney

/s/ Heiko P. Coppola
HEIKO P. COPPOLA
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including May 17, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the March 22, 2018 status conference shall be continued until May 17, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: March 20, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE