| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664<br>Federal Defender |
| 2 | LEXI P. NEGIN, #250376<br>Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710<br>Lexi_Negin@fd.org |
| 5 | |
| 6 | Attorney for Defendant<br>MICHAEL RICHARD MAXWELL |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL RICHARD MAXWELL,<br><br>Defendant. | Case No. 2:17-cr-101 MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>DATE: May 17, 2018<br>TIME 10:00 a.m.<br>JUDGE: Hon. Morrison C. England, Jr |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney through Heiko P. Coppola, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Lexi P. Negin, attorneys for Michael Richard Maxwell, that the status conference scheduled for May 17, 2018 be vacated and be continued to August 2, 2018 at 10:00 a.m.

Discovery has been either produced directly to counsel and/or made available for inspection and copying. Counsel for defendant desires additional time to consult with her client, to review the current charges, to conduct investigation and research related to the charges, to engage services from outside experts, to discuss potential resolutions with her client, and to otherwise prepare for trial.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including August 2, 2018, pursuant to 18 U.S.C.

Stipulation and Order
to Continue Status Conference

-1-

§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: May 8, 2018                Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        */s/ Lexi P. Negin*
                                        LEXI P. NEGIN
                                        Assistant Federal Defender
                                        Attorney for MICHAEL RICHARD MAXWELL

DATED: May 8, 2018                MCGREGOR W. SCOTT
                                        United States Attorney

                                        */s/ Heiko P. Coppola*
                                        HEIKO P. COPPOLA
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

# **ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including August 2, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the May 17, 2018 status conference shall be continued until August 2, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: May 15, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE