| | |
|---|---|
| | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            No. 2:17-cr-00101-MCE

    Plaintiff,

  v.                                   **JURY COMMUNICATION**

MICHAEL RICHARD MAXWELL

    Defendant.
_____/

**JURY COMMUNICATION RECEIVED**

Date: 8/15/2019

Time: 12:12 p.m.

Signed: Juror No. 9, Jury Foreperson

Communication from jury:

    "We just reviewed the video from Air 23. This time, we heard additional audio we do not recall hearing the first time in court. Please advise."

///

///

///

///

1

**REPLY FROM COURT**

    The audio portion of the video is irrelevant to this case and is to be disregarded and not be a part of your deliberations.

Date sent to jury: 8/15/2019

Time sent to jury: 1:10 p.m.

DATE: August 15, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE