HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI P. NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax 916-498-5710
Lexi_Negin@fd.org

Attorney for Defendant
MICHAEL RICHARD MAXWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-101 MCE |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| v. | DATE: July 1, 2021 |
| MICHAEL RICHARD MAXWELL, | TIME 10:00 a.m. |
| Defendant. | JUDGE: Hon. Morrison C. England, Jr |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney through Heiko P. Coppola and James Conolly, Assistant United States Attorneys, attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Lexi P. Negin and Mia Crager attorneys for Michael Richard Maxwell, that the status hearing scheduled for July 1, 2021, be continued to September 30, 2021 and that the Court exclude time pursuant to the Speedy Trial Act.

Defense counsel desires additional time to review consult with their client, to review discovery, to evaluate potential defenses, and to otherwise prepare for trial.

Defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the difficulties that the COVID-19 pandemic creates for effective client

Stipulation and Continue Status Conference and Exclude Time -1- *United States v. Maxwell*, 2:17-cr-101-MCE

preparation and consultation.

The government does not object to the continuance.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including September 30, 2021, as previously ordered, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: June 29, 2021          Respectfully submitted,

                              HEATHER E. WILLIAMS
                              Federal Defender

                              */s/ Lexi P. Negin*
                              LEXI P. NEGIN
                              Assistant Federal Defender
                              Attorney for MICHAEL RICHARD MAXWELL

DATED: June 29, 2021          PHILLIP A. TALBERT
                              Acting United States Attorney

                              */s/ James Conolly*
                              JAMES CONOLLY
                              Assistant United States Attorney
                              Attorney for Plaintiff

# **ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

Time from the date the parties stipulated, up to and including September 30, 2021, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the July 1, 2021 status conference shall be continued until September 30, 2021, at 10:00 a.m.

IT IS SO ORDERED.

Dated: July 2, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE