+HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI P. NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax 916-498-5710
Lexi_Negin@fd.org

Attorney for Defendant
MICHAEL RICHARD MAXWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL RICHARD MAXWELL,<br><br>Defendant. | Case No. 2:17-cr-101 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>DATE:   September 30, 2021<br>TIME    10:00 a.m.<br>JUDGE:  Hon. Morrison C. England, Jr |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney through Heiko P. Coppola and James Conolly, Assistant United States Attorneys, attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Lexi P. Negin and Mia Crager attorneys for Michael Richard Maxwell, that the status hearing scheduled for September 30, 2021, be continued to November 18, 2021 and that the Court exclude time pursuant to the Speedy Trial Act.

Defense counsel desires additional time to review consult with their client, to review discovery, to evaluate potential defenses, and to otherwise prepare for trial. In light of Covid 19, and the limitations and challenges presented, counsel's schedule requires more time to complete these essential functions.

Defense counsel believes that failure to grant the above-requested continuance would

deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the difficulties that the COVID-19 pandemic creates for effective client preparation and consultation.

The government does not object to the continuance.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including November 18, 2021, as previously ordered, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: September 28, 2021          Respectfully submitted,

                                    HEATHER E. WILLIAMS
                                    Federal Defender

                                    */s/ Lexi P. Negin*
                                    LEXI P. NEGIN
                                    Assistant Federal Defender
                                    Attorney for MICHAEL RICHARD MAXWELL

DATED: September 28, 2021          PHILLIP A. TALBERT
                                    Acting United States Attorney

                                    */s/ James Conolly*
                                    JAMES CONOLLY
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including November 18, 2021, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered** the September 30, 2021 status conference shall be continued until November 18, 2021, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  September 30, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE