HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI P. NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700
Fax 916-498-5710
Lexi_Negin@fd.org

Attorney for Defendant
MICHAEL RICHARD MAXWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-101-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| v. | |
| MICHAEL RICHARD MAXWELL, | DATE:     November 18, 2021 |
| Defendant. | TIME      9:30 a.m. |
| | JUDGE:    Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting United States Attorney through Heiko P. Coppola and James Conolly, Assistant United States Attorneys, attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Lexi P. Negin and Mia Crager attorneys for Michael Richard Maxwell, that the status hearing be continued to December 9, 2021 and that the Court exclude time pursuant to the Speedy Trial Act.

The previous status hearing set for November 18, 2021 was vacated due to reassignment. Defense counsel desires additional time to consult with their client, to review discovery, to evaluate potential defenses, and to otherwise prepare for trial.  In light of Covid 19, and the limitations and challenges presented, counsel's schedule requires more time to complete these essential functions.

Stipulation and Order to Continue Status
Conference and Exclude Time
-1-
*United States v. Maxwell*, 2:17-cr-101-TLN

1        Defense counsel believes that failure to grant the above-requested continuance would

2  deny her the reasonable time necessary for effective preparation, taking into account the exercise

3  of due diligence and the difficulties that the COVID-19 pandemic creates for effective client

4  preparation and consultation.

5        The government does not object to the continuance.

6        Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

7  excluded from this order's date through and including December 9, 2021,  as previously ordered,

8  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order

9  479, Local Code T4 based upon continuity of counsel and defense preparation.

10

11  DATED: November 17, 2021      Respectfully submitted,

12                        HEATHER E. WILLIAMS

13                        Federal Defender

14                        */s/ Lexi P. Negin*

15                        LEXI P. NEGIN
                            Assistant Federal Defender

16                        Attorney for MICHAEL RICHARD MAXWELL

17  DATED: November 17, 2021      PHILLIP A. TALBERT

18                        Acting United States Attorney

19                        */s/ Heiko Coppola*

20                        Heiko P. Coppola
                            Assistant United States Attorney

21                        Attorney for Plaintiff

22

23

24

25

26

27

28

1

## **ORDER**

2          IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties'

3   stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

4   its order. The Court specifically finds the failure to grant a continuance in this case would deny

5   counsel reasonable time necessary for effective preparation, taking into account the exercise of

6   due diligence.  The Court finds the ends of justice are served by granting the requested

7   continuance and outweigh the best interests of the public and defendant in a speedy trial.

8          The Court orders the time from the date the parties stipulated, up to and including

9   December 9, 2021, shall be excluded from computation of time within which the trial of this case

10   must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A)

11   and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It**

12   **is further ordered** the November 18, 2021 status conference shall be continued until December

13   9, 2021, at 9:30 a.m.

14

15   Dated: November 17, 2021

16                                                   _____
                                                     Troy L. Nunley
                                                     United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28