HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax 916-498-5710

Attorney for Defendant
MICHAEL RICHARD MAXWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL RICHARD MAXWELL,<br><br>Defendant. | Case No. 2:17-cr-101-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME**<br><br>DATE:   January 6, 2022<br>TIME:   9:30 a.m.<br>JUDGE:  Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney through Heiko P. Coppola and James Conolly, Assistant United States Attorneys, attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Mia Crager attorneys for Michael Richard Maxwell, that the Court exclude time pursuant to the Speedy Trial Act for the status hearing/change of plea hearing that was moved to February 3, 2022.

Defense counsel was unable to meet with her client due to COVID-19 restrictions/exposures thus counsel is requesting for more time. Mr. Maxwell was also unavailable for the hearing. The court then moved the hearing set for January 6, 2022 to February 3, 2022.

Defense counsel believes that failure to grant the above-requested exclusion of time would deny her the reasonable time necessary for effective preparation, taking into account the

exercise of due diligence and the difficulties that the COVID-19 pandemic creates for effective client preparation and consultation.

The government does not object to the exclusion.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including January 6, 2022, as previously ordered, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

DATED: January 6, 2022          Respectfully submitted,

                                HEATHER E. WILLIAMS
                                Federal Defender

                                /s/ Mia Crager
                                MIA CRAGER
                                Assistant Federal Defender
                                Attorney for MICHAEL RICHARD MAXWELL

DATED: January 6, 2022          PHILLIP A. TALBERT
                                Acting States Attorney

                                /s/ Heiko Coppola
                                Heiko P. Coppola
                                Assistant United States Attorney
                                Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including February 3, 2022, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4).

Dated: January 6, 2022