HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
MICHAEL MAXWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:17-CR-00101-TLN |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO DISMISS |
| vs. | ) | VIOLATION PETITION |
| | ) | |
| MICHAEL MAXWELL, | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Assistant United States Attorney Heiko Coppola, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney for Michael Maxwell, that the violation petition filed on September 29, 2023 be dismissed.

On September 29, 2023, a petition for violation of defendant's supervised release was filed with the Court, and an arrest warrant was issued. ECF No. 153. On October 11, 2023, Mr. Maxwell made his initial appearance before the Magistrate Judge.

On October 26, 2023, Mr. Maxwell was ordered released from custody and entered into a residential treatment program. He completed the program successfully on January 25, 2024, as the parties advised at the status conference on that same date. Mr. Maxwell has been in compliance with the other conditions of his release, including his 4-month term of GPS ankle monitor which concludes on February 6, 2024. In light of Mr. Maxwell's substantial progress

-1-

1   and success with treatment, probation and the parties are requesting the violation petition (ECF

2   No. 153) be dismissed.

3

4                                              Respectfully submitted,

5    Dated: February 6, 2024                   HEATHER E. WILLIAMS
                                                Federal Defender
6
                                                /s/ Mia Crager
7                                               MIA CRAGER
                                                Assistant Federal Defender
8                                               Attorney for Defendant
                                                MICHAEL MAXWELL
9

10  Dated: February 6, 2024

11                                              PHILLIP A. TALBERT
                                                United States Attorney

12                                              /s/ Heiko Coppola
                                                HEIKO COPPOLA
13                                              Assistant U.S. Attorney
                                                Attorney for Plaintiff
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

### <u>ORDER</u>

2      The Court, having received and considered the parties' stipulation, and good cause

3 appearing therefrom, adopts the parties' stipulation in its entirety as its order. Accordingly, the

4 Court orders the pending violation petition, filed at Docket Number 153, be dismissed.

5

6 Dated:  February 6, 2024

7

8      _____

9      Troy L. Nunley
       United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28